UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD GLEN COLTER, ) | 2:11-CV-00630-PMP-RJJ |
| Plaintiff, ) | |
| vs. ) | ORDER |
| RAY LAHOOD, BRIAN SANDOVAL, ) STATE OF NEVADA, UNITED ) STATES OF AMERICA, ) | |
| Defendant. ) | |

**IT IS ORDERED that** Plaintiff's Motion for Preliminary Injunction and Declaratory Relief and for Stay of Proceedings in Esmeralda County (Doc. #3) is **DENIED**.

DATED:  May 13, 2011.

_____
PHILIP M. PRO
United States District Judge