DANIEL G. BOGDEN
United States Attorney
Nevada Bar Number 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar Number 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for the United States of America and Ray LaHood

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GLEN COLTER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAY LaHOOD, BRIAN SANDOVAL, ) <br> STATE OF NEVADA, and ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendants ) | 2:11-CV-00630-PM-(RJJ) |

**UNITED STATES OF AMERICA'S AMENDED MOTION TO EXTEND THE TIME TO FILE A MOTION TO DISMISS COLTER'S COMPLAINT (DOCUMENT#1) AND ORDER**
**(First Request)**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully moves this Honorable Court for an Order to extend time, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR 6-1, until July 27, 2011, for the United States to file a Motion to Dismiss the Complaint (Document #1). The Motion to Dismiss may be or may not be due on July 13, 2011. The reasons for this motion for extension of time are the following.

The Assistant United States Attorney ("AUSA") has been unavailable for the past two weeks on personal matters and will be unavailable for the next two weeks on personal matters. In addition

to his unavailability for four weeks, when the AUSA has been at work, he has been extremely busy with numerous district court cases, appellate cases, and other work assignments. The United States Department of Transportation is working on providing a information to this office concerning the issues Colter has raised.

This Assistant United States Attorney called Richard Glen Colter, who indicated he opposed this extension of time.

The Federal Defendants have not answered or otherwise responded by filing this motion for an extension of time; therefore, the United States has not waived any rights including, but not limited to, any Fed. R. Civ. P. 12(b) motions regarding the Complaint.

This motion is not submitted solely for the purpose of delay or for any other improper purpose. The United States requests this Court to grant an extension of time pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR 6-1.

DATED this 1st day of July, 2011.

                                  DANIEL G. BOGDEN
                                United States Attorney

                                /s/DanielDHollingsworth
                                DANIEL D. HOLLINGSWORTH
                                Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 7, 2011

# PROOF OF SERVICE

I, Daniel D. Hollingsworth, certify that the following individuals were served with copies of **THE UNITED STATES OF AMERICA'S AMENDED MOTION TO EXTEND THE TIME TO FILE A MOTION TO DISMISS COLTER'S COMPLAINT (DOCUMENT#1) AND ORDER (First Request)** on July 1, 2011, by the below identified method of service:

<u>First Class Mail</u>

Richard Glen Colter
P.O. Box 11312
Pleasanton, California 94588

<u>CM/ECF</u>

Roger G. Madsen
rmadsen@ag.nv.gov
Counsel for Brain Sandoval and State of Nevada

                                              <u>/s/ DanielDHollingsworth</u>
                                              DANIEL D. HOLLINGSWORTH
                                              Assistant United States Attorney