1
2
3
4
5                        **UNITED STATES DISTRICT COURT**

6                            **DISTRICT OF NEVADA**

7                                    * * *

8
    RICHARD GLEN COLTER,                 )         2:11-cv-00630-PMP-RJJ
9                                         )
             Plaintiff,     )                **ORDER**
10                                        )
          vs.                   )
11                                        )
    RAY LaHOOD, *et al.*,                   )
12                                        )
           Defendants.    )
13 ──────────────────────────            )

14         On June 27, 2011, Defendants Brian Sandoval, and the State of Nevada filed

15   State Defendants' Motion for a More Definite Statement/Motion to Strike as to

16   Plaintiff's Complaint (Doc. #10).  To date, Plaintiff has failed to file a response to

17   Defendants' Motion, and the time for doing so has expired.

18         **IT IS THEREFORE ORDERED** that State Defendant's Motion for a More

19   Definite Statement/Motion to Strike as to Plaintiff's Complaint (Doc. #10) is

20   **GRANTED** to the extent that Plaintiff shall have to and including **August 8, 2011**

21   within which to file and amended complaint setting forth a short, plain, succinct, and

22   clear notice of his causes of action and claims for relief against all defendants in this

23   action.

24   DATED:   July 18, 2011.

25

26                                   ────────────────────────────
                                     PHILIP M. PRO
                                     United States District Judge