UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| RICHARD GLEN COLTER, | ) | |
| Plaintiff, | ) | 2:11-cv-630-PMP-RJJ |
| vs. | ) | |
| RAY LAHOOD; *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff, Richard Glen Colter's Petition to Use Pacer System (#18).

The Court having reviewed the Motion (#18) and good cause appearing therefore,

IT IS HEREBY ORDERED Plaintiff, Richard Glen Colter's Petition to Use Pacer System (#18) is **GRANTED with the following provisions**:

1. On or before August 31, 2011, Plaintiff, Richard Glen Colter must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices and the Civil & Criminal Events Menu that are accessible on this court's website.

2. Plaintiff, Richard Glen Colter is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

3. Upon timely filing of the certification, Plaintiff, Richard Glen Colter shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this __28th__ day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge