DANIEL G. BOGDEN
United States Attorney
Nevada Bar Number 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar Number 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for the United States of America and Ray LaHood

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD GLEN COLTER, | )<br>)|
| Plaintiff, | )<br>) |
| v. | ) 2:11-CV-00630-PMP-(RJJ) |
| RAY LaHOOD, BRIAN SANDOVAL, STATE OF NEVADA, and UNITED STATES OF AMERICA, | )<br>)<br>)<br>) |
| Defendants | ) |

**UNITED STATES OF AMERICA'S MOTION TO VACATE/STRIKE DOCUMENT #14, #16, #17, #18, #19, #20, #21, AND #22, AND ORDER**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully moves this Honorable Court for an Order to vacate or to strike Document #14, #16, #17, #18, #19, #20, #21, and #22.

The reason for granting this motion is the documents are moot because this Court granted the State of Nevada's Motion for a More Definite Statement/Motion to Strike Colter's complaint and Colter has until August 8, 2011, to file an amended complaint. #15.

1       This Motion is made and is based on the pleadings and papers on file herein and the attached

2 Memorandum of Points and Authorities

3       DATED: July 25, 2011

4                                               Respectfully submitted,

5                                               DANIEL G. BOGDEN
                                                United States Attorney

6

7                                               /s/ Daniel D. Hollingsworth
                                              DANIEL D. HOLLINGSWORTH
                                              Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**MEMORANDUM OF POINTS AND AUTHORITIES**

Richard Glen Colter ("Colter") filed a Complaint on April 22, 2011, because he was cited for speeding in Esmeralda County, Nevada. Docket #1. Colter filed Petitioner's Declaration Supporting Writ of Mandamus and Petition to Remove and Stay Proceedings. #2. He filed a Motion for Preliminary Injunction and Declaratory Relief and Motion to Stay Proceedings. #3. On May 13, 2011, this Court denied Colter's Motions for Preliminary Injunction, Declaratory Relief, and Stay of Proceedings in Esmeralda County. #9.

The State of Nevada filed its Motion for a More Definite Statement/Motion to Strike Colter's Complaint. #10. The United States filed an Amended Motion to Extend the time to file a Motion to Dismiss Colter's Complaint. #13. This Court granted the United States's motion, ordering the motion to dismiss was due on July 27, 2011. #14. Subsequently, this Court granted the State of Nevada's Motion for a More Definite Statement/Motion to Strike Colter's Complaint by ordering Colter to file an amended Complaint against all defendants by August 8, 2011. #15.

Because no complaint currently exists, the filing of a motion to dismiss or responding to numerous documents is moot. This Court should vacate or strike #14, #16, #17, #18, #19, #20, #21, and #22.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Based on the reason of no complaint, the United States requests this Court to vacate or to strike #14, #16, #17, #18, #19, #20, #21, and #22.

DATED: July 25, 2011.

DANIEL G. BOGDEN
United States Attorney

/s/DanielDHollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: August 4, 2011.

4

# PROOF OF SERVICE

I, Daniel D. Hollingsworth, certify that the following individuals were served with copies of **UNITED STATES OF AMERICA'S MOTION TO VACATE/STRIKE DOCUMENT #14, #16, #17, #18, #19, #20, #21, AND #22, AND ORDER** on July 25, 2011, by the below identified method of service:

<u>First Class Mail</u>

Richard Glen Colter
P.O. Box 11312
Pleasanton, California 94588

<u>CM/ECF</u>

Roger G. Madsen
rmadsen@ag.nv.gov
Counsel for Brain Sandoval and State of Nevada

/s/ DanielDHollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney