UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| RICHARD GLEN COLTER, <br><br> Plaintiff, <br><br> vs. <br><br> RAY LAHOOD, et al., <br><br> Defendants. | 2:11-CV-00630-PMP-RJJ <br><br><br> **ORDER** |

Before the court is a Motion to Permit Pro Se Plaintiff to Utilize CM/ECF Filing System (#18). Plaintiff Colter has filed a Notice of Certification (#34) certifying that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and Civil & Criminal Events Menu that are accessible on this court's website.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Permit Pro Se Plaintiff to Utilize CM/ECF Filing System (#18) is **GRANTED**.

**IT IS FURTHER ORDERED** that to set up a CM/ECF account, Richard Colter shall forthwith contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555.

Dated: September 6, 2011.

_____
Robert J. Johnston
United States Magistrate Judge