UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| RICHARD GLEN COLTER,<br><br>    Plaintiff,<br><br>vs.<br><br>RAY LAHOOD, et al.,<br><br>    Defendants. | 2:11-CV-00630-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Plaintiff's Motion for Relief (Doc. #29) filed August 9, 2011, the Response in opposition thereto (Doc. #30) filed August 17, 2011 on behalf of Defendant United States, and the Joinder thereto (Doc. #31) filed August 19, 2011 on behalf of Defendants Brian Sandoval and the State of Nevada, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Relief (Doc. #29) is **DENIED**.

DATED: September 6, 2011.

_____
PHILIP M. PRO
United States District Judge