UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| RICHARD GLEN COLTER,            )<br>                                                         )<br>                      Plaintiff,       )<br>                                                         )<br>vs.                                                  )<br>                                                         )<br>RAY LAHOOD, et al.,                   )<br>                                                         )<br>                      Defendants.  )<br>_____) | 2:11-CV-00630-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Plaintiff's Motion for Relief (Doc. #29) filed August 9, 2011, the Response in opposition thereto (Doc. #30) filed August 17, 2011 on behalf of Defendant United States, and the Joinder thereto (Doc. #31) filed August 19, 2011 on behalf of Defendants Brian Sandoval and the State of Nevada, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Relief (Doc. #29) is **DENIED**.

DATED: September 6, 2011.

_____
PHILIP M. PRO
United States District Judge