UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| RICHARD GLEN COLTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAY LAHOOD, et al.,<br><br>　　　　Defendants. | 2:11-CV-00630-PMP-RJJ<br><br>**<u>ORDER</u>** |

The Court having read and considered State Defendants' fully briefed Motion to Dismiss (Doc. #32) filed August 29, 2011, and for the reasons set forth in State Defendants' Motion and Reply Memorandum (Doc. #38), the Court finds that Defendants are entitled to the relief requested.

**IT IS THEREFORE ORDERED that** State Defendants' Motion to Dismiss (Doc. #32) is **GRANTED**, and that Plaintiff Richard Glen Colter's action is hereby **DISMISSED** as to Defendants' Brian Sandoval and the State of Nevada.

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Leave to File Document (Doc. #39) is **DENIED**.

DATED: October 3, 2011.

_____
PHILIP M. PRO
United States District Judge